IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEBBIE WELKER                                                                PLAINTIFF

v.                              No. 4:20-cv-119-DPM

GREAT CLIPS, INC.; and
QUO CLIPS, LLC.                                                             DEFENDANTS

## JUDGMENT

Welker's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 December 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_14 August 2020_